IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:08cr140 DPJ-LRA

MARCUS GUICE

21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)

**The Grand Jury Charges:**

COUNT 1

On or about June 19, 2008, in Hinds County, in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendant, **MARCUS GUICE,** did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

COUNT 2

On or about June 19, 2008, in Hinds County, in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendant, **MARCUS GUICE,** did knowingly and intentionally possess with intent to distribute one hundred (100) grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

COUNT 3

On or about June 19, 2008, in Hinds County, in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendant, **MARCUS GUICE,** did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

## COUNT 4

On or about June 19, 2008, in Hinds County, in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendant, **MARCUS GUICE,** did knowingly and intentionally possess with intent to distribute less than one hundred (100) kilograms of marijuana, a Schedule I non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

## COUNT 5

On or about June 19, 2008, in Hinds County, in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendant, **MARCUS GUICE,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of the offenses specified in Counts 1 through 4, the defendant, **MARCUS GUICE**, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations and any and all of the property of the said defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

Further, if any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, **MARCUS GUICE**, up to the value of the property described above.

All pursuant to Section 853, Title 21, United States Code.

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count 5 of this Indictment, defendant **MARCUS GUICE**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to,

1. a black Taurus, 45LC/410 GA handgun, model number 6972, serial number BM576213;

2. a black .44 Magnum Smith & Wesson handgun, model number 29, serial number ADV8885;

3. a black RG .22 handgun, model number RG 14, serial number L695652; and

4. any ammunition seized from the residence of **MARCUS GUICE**, at 222 Valley Ridge Drive, Jackson, Mississippi, on June 19, 2008.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

*/s/ John Dowdy Jr.*
DUNN LAMPTON
United States Attorney

A TRUE BILL:
S/Signature Redacted
Foreperson of the Grand Jury