IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 3:08cr140DPJ-LRA

MARCUS GUICE

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2, 3 and 4 of the Criminal Indictment against MARCUS GUICE without prejudice.

STAN HARRIS
United States Attorney

By: _____
DARREN J. LAMARCA
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 6 day of ~~September~~ Oct, 2009.

_____
UNITED STATES DISTRICT JUDGE