MARCUS GUICE #09574-043
USP BEAUMONT
P.O. BOX 26030
BEAUMONT, TX 77720



SEPT. 7, 2011


CLERK OF COURT
US COURT HOUSE
245 E. CAPITOL ST., SUITE 316
P.O. BOX 23552
JACKSON, MS 39225

Re: 3:08CR0C140-DPJ-LRA

Dear Clerk,

    My letter today is seeking information concerning the submission filed in Oct. of 2010 and the subsequent show cause order issued by the district court in these matters. I have not received a filing by the government and I have not heard anything from the court.

    I would appreciate if you could send me a copy of the docket sheet in the above styled case and any disposition concerning these matters as well.

    Thank you in advance, for I am and shall remain,

Sincerely,


Marcus Guice

cc:

Marcus Guice #09514-043
USP Beaumont
P.O. Box 26030
Beaumont, TX 77720

LEGAL MAIL

RECEIVED
SEP 20 2011
Clerk, U.S. District Court
Southern District of Miss

⇔09574-043⇔
Clerk U S District Court
501 E Court ST
Suite 2.500
Jackson, MS 39201
United States